FULL NAME: JUAN VERGARA

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: High Desert Detention Center 9438 Commerce Way Adelanto CA 92301

PRISON NUMBER (if applicable): 75D5343481

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN VERGARA

PLAINTIFF,

v.

WEST VALLEY DETENTION CENTER

DEFENDANT(S).

CASE NUMBER: 5:25-CV-01852-JGB-BFM
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   On May 6 2025, at approximately 8:30pm. I was unlawfully strip searched. This violates my rights

   a. Parties to this previous lawsuit:
      Plaintiff _____

      Defendants _____

   b. Court _____

   c. Docket or case number _____
   d. Name of judge to whom case was assigned _____
   e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
   f. Issues raised: _____

   g. Approximate date of filing lawsuit: _____
   h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not  decided for court only

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not  disregarded my complaint.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  JUAN VERGARA
                                                         (print plaintiff's name)
who presently resides at  High Desert Detention Center
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
West Valley Detention Center 9500 Etiwanda Ave
            (institution/city where violation occurred)
Rancho Cucamonga 91739

CIVIL RIGHTS COMPLAINT

on (date or dates) MAY 6 2025 _____, _____, _____.
                                  (Claim I)                (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **W.V.D.C**
   (full name of first defendant) resides or works at
   **9500 Etiwanda Ave Rancho Cucamonga CA, 91739**
   (full address of first defendant)
   **In-take Deputies**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **I was unlawfully strip searched**

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

I was unlawfully strip searched and violated my body

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendant #1, The staff strip searched me unlawfully

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe I am entitled to a settlement based off of my attorney's recomendation

_____    _____
(Date)                        (Signature of Plaintiff)



Juan Vergara
2505340481
5D-12
9438 Commerce Way
Adelanto, CA
92301

New

United States District
Court Central District of California
312 North Spring Street, Room G-8
Los Angeles, California
Attention: Pro Se Clerk 90012



Case 5:25-cv-01852-JGB-BFM   Document 1   Filed 07/21/25   Page 8 of 8   Page ID #:8