UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 5:25-cv-01852-JGB-BFM | **Date:** | September 10, 2025 |

**Title:** Juan Vergara v. West Valley Detention Center

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order to Show Cause re: Failure to Notify Court of Address Change**

On July 21, 2025, Plaintiff Juan Vergara filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF 1 ("Complaint").) At the time, Plaintiff reported that he was housed at the High Desert Detention Center, in Adelanto, California.

On September 8, 2025, the Court's Order referring this case to a U.S. Magistrate Judge (ECF 3) was returned to the Court as undeliverable (ECF 4). Plaintiff has not submitted a notice of address change, and based on online locators, he is not in the custody of San Bernardino County or CDCR.

Pursuant to Local Rule 41-6, a pro se plaintiff's failure to keep the court updated as to his address is grounds for dismissal of his claim. The Court therefore orders Plaintiff to **show cause**—meaning, to explain—why the case should not be dismissed for failure to prosecute the case and/or for failure to keep the Court informed of his current address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 5:25-cv-01852-JGB-BFM | **Date:** | September 10, 2025 |

**Title:** Juan Vergara v. West Valley Detention Center

Plaintiff's response to this Order must be filed **no later than October 10, 2025**. Providing the Court with his current address will constitute an adequate response to this Order.

**Failure to respond to this Order by October 10, 2025, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders and/or to notify the Court of his current address**.

**IT IS SO ORDERED.**


cc:   Juan Vergara, pro se


Initials of Preparer:   ch